No. A–975. WELZ ET AL. v. NEW YORK. Justice Ct., Village of Dobbs Ferry, N. Y. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. D–1690. IN RE DISBARMENT OF WEINIG. Harvey Weinig, of New York, N. Y., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on June 10, 1996 [517 U. S. 1242], is discharged.

No. D–1693. IN RE DISBARMENT OF SHEFFEY. Ralph E. Sheffey, of Rochester, Minn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1694. IN RE DISBARMENT OF COOK. Clifford Ronald Cook, of Sandwich, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1695. IN RE DISBARMENT OF SCHNEIDER. Patricia A. Schneider, of Shorewood, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. M–70. MEDINA v. CALIFORNIA. Motion for leave to proceed in forma pauperis without an affidavit of indigency executed by petitioner granted.

No. 95–1498. HILL v. DEPARTMENT OF THE AIR FORCE ET AL. C. A. 10th Cir. Motion of petitioner to review second extension of time to file a brief in opposition and other relief denied.

No. 95–1598. YOUNG ET AL. v. HARPER. C. A. 10th Cir. [Certiorari granted, 517 U. S. 1219.] Motion for appointment of counsel granted, and it is ordered that Margaret Winter, Esq., of Washington, D. C., be appointed to serve as counsel for respondent in this case.